PAMELA E. COGAN (SBN 105089)
STACY M TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
E-mail:        pcogan@ropers.com,
stucker@ropers.com

Attorneys for Plaintiff,
GOLDEN WEST FINANCIAL CORPORATION
GROUP LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| LAYNE WILLIAMS<br><br>       Plaintiff,<br><br>v.<br><br>GOLDEN WEST FINANCIAL CORPORATION GROUP LONG TERM DISABILITY PLAN,<br><br>       Defendant. | CASE NO. 1:09-cv-00226 AWI (DLBx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER** |

It is hereby stipulated by and between plaintiff Layne Williams and defendant Golden West

Financial Corporation Group Long Term Disability Plan ("Golden West"), through their

respective attorneys of record, that defendant Golden West shall have a two week extension up to

and including April 2, 2009, to file a response to plaintiff's Complaint.


Dated:  March __, 2009

LAW OFFICE OF ROBERT J. ROSATI, LLP


By: /s/
ROBERT J. ROSATI
Attorneys for Plaintiff, LAYNE
WILLIAMS

1

2   Dated:  March __, 2009                          ROPERS, MAJESKI, KOHN & BENTLEY

3

4                                                  By: _/s/_____

5                                                      PAMELA E. COGAN
                                                       STACY M TUCKER
6                                                      Attorneys for Defendant GOLDEN WEST
                                                       FINANCIAL CORPORATION GROUP
7                                                      LONG TERM DISABILITY PLAN

8                                  **[PROPOSED] ORDER**

9

10       IT IS SO ORDERED.  Defendant Golden West Financial Corporation Group Long Term

11  Disability Plan is hereby granted a two week extension of time to April 2, 2009 in which to

12  respond to Plaintiff's complaint.

13

14

15  Dated: 18 March 2009 _____       _/s/ _Dennis L. Beck_____
                                                   HONORABLE DENNIS L. BECK
16

17

18

19

20

21

22

23

24

25

26

27

28