**ROBERT J. ROSATI**, #112006
ERISA Law Group
2055 San Joaquin Street
Fresno, CA 93721-2717
Telephone:    (559)256-9800
Facsimile:    (559)256-9795
e-mail: rosatilaw@aol.com

**PAMELA E. COGAN**, (SBN 105089)
**STACY M. TUCKER** (SBN 218942)
ROPER, MAJESKI, KOHN & BENTLEY
1001 Marshall Sreet, Ste. 300
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701

Attorneys for Defendant,
GOLDEN WEST FINANCIAL CORPORATION
GROUP LONG TERM DISABILITY PLAN


Attorney for Plaintiff, LAYNE WILLIAMS

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAYNE WILLIAMS | Case No.: 1:09-cv-00226 AWI (DLB) |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| v. | |
| GOLDEN WEST FINANCIAL CORPORATION GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff LAYNE WILLIAMS and Defendant GOLDEN WEST FINANCIAL CORPORATION GROUP LONG TERM DISABILITY PLAN ("Defendant"), having settled the matter, by and through their attorneys of record, hereby stipulate to dismiss this action in its entirety with prejudice, all parties to bear their own fees and costs.

IT IS SO STIPULATED.

Dated: February 8, 2010

    /s/ Robert J. Rosati
Robert J. Rosati #112006
Attorney for Plaintiff,
LAYNE WILLIAMS

Dated: February 8, 2010

    /s/ Pamela Cogan
Pamela Cogan #105089
Stacey Tucker #218942
Attorney for Defendant,
GOLDEN WEST FINANCIAL
CORPORATION GROUP LONG
TERM DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

**Dated:   February 9, 2010**            /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE